# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131460

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KENYARDA DUBOIS JAMES,
     Defendant-Appellant.

SC: 131460
COA: 269700
Jackson CC: 05-004403-FH

_____/

     On order of the Court, the application for leave to appeal the May 31, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     KELLY, J., would remand this case to the Court of Appeals as on leave granted.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2006

d1018

_____
Clerk